

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2013

No. 04-13-00666-CV

**IN THE MATTER OF A.K.A,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012JUV01430
The Honorable Carmen Kelsey, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on November 26, 2013. *See* TEX. R. APP. P. 35.1. On December 12, 2013, court reporter Monica Crawford filed a notification of late reporter's record. The notification requested an extension of time to file the record until January 6, 2014, for an extension of forty-one days.

The request is GRANTED IN PART. The reporter's record must be filed with this court by December 27, 2013. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by December 27, 2013, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2013.

_____
Keith E. Hottle
Clerk of Court